IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:22-CR-118-1BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | SCHEDULING ORDER |
| | ) | |
| Gay Cameron Tucker, | ) | |
| Defendant. | ) | |

The attorneys are ORDERED to conduct a pre-trial conference on or before **July 1, 2022**. Local Criminal Rule 16.1.

All pre-trial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P., shall be filed no later than **July 15, 2022**. Responses to motions shall be filed **within fourteen (14) days after the service of such motions**. The proposed arraignment and trial date for this matter is set for the **August 2022** term of court before District Judge Terrence W. Boyle.

Untimely motions and motions filed in disregard of Local Criminal Rules 12.2 and 16.1 may be summarily denied. Motion hearings, as necessary, shall be conducted by a district or magistrate judge in advance of trial.

SO ORDERED, this the 15th day of June, 2022.

Brian S. Meyers
United States Magistrate Judge