IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-cr-00118-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| GAY CAMERON TUCKER | ) | |

NOW comes the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and gives notice to this Honorable Court of assignment of the undersigned Assistant United States Attorney as counsel for the Government in the above-referenced case.

Respectfully submitted, this 29th day of July, 2022.

                        MICHAEL F. EASLEY, Jr.
                        United States Attorney

      By:    */s/ Karen Haughton*
               KAREN HAUGHTON
               Assistant United States Attorney
               Criminal Division
               150 Fayetteville St., Suite 2100
               Raleigh, NC 27601
               Telephone: (919)856-4530

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing document upon the defendant in this action either electronically or by placing a copy of same in the United States mail, postage prepaid, and addressed to counsel for defendant as follows:

**Katherine E. Shea**
Federal Public Defender - EDNC
150 Fayetteville Street Mall, Suite 450
Raleigh, NC 27601
919-856-4236
Fax: 919-856-4477
Email: kat_shea@fd.org

This, the 29th day of July, 2022.

        MICHAEL F. EASLEY, Jr.
        United States Attorney

By:   */s/ Karen Haughton*
      KAREN HAUGHTON
      Assistant United States
      Attorney Criminal Division
      150 Fayetteville St., Suite 2100
      Raleigh, NC 27601
      Telephone: (919)856-4530