UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-118-BO

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| GAY CAMERON TUCKER | |

This matter is before the Court on the defendant's Unopposed Motion to Continue the Arraignment.

For good cause shown, it is hereby ORDERED that the arraignment in this matter be continued until _September 2022 Term_.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by the continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7).

SO ORDERED.

This 3 day of August, 2022.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge