IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-00118-BO

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | **NOTICE OF APPEARANCE** |
| v. : | |
| : | |
| GAY CAMERON TUCKER : | |

    Please enter my name as an attorney of record on behalf of the Plaintiff in the above-captioned action. Copies of all correspondence and pleadings should be mailed to the undersigned at the below address.

    Respectfully submitted this 9th day of December, 2022.

    MICHAEL F. EASLEY, JR.
    United States Attorney

    BY: /s/ Matthew L. Fesak
        MATTHEW L. FESAK
    Assistant United States Attorney
    Civil Division
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601
    Telephone: (919) 856-4530
    Facsimile: (919) 856-4821
    E-mail: matthew.fesak@usdoj.gov
    NC State Bar #35276
    Attorney for Plaintiff

1

CERTIFICATE OF SERVICE

I certify that I have on this 9th day of December, 2022, served a copy of the foregoing Notice of Appearance upon counsel electronically via ECF:

Katherine E. Shea
Federal Public Defender - EDNC
Email: kat_shea@fd.org

        MICHAEL F. EASLEY, JR.
        United States Attorney

        BY: /s/ Matthew L. Fesak
            MATTHEW L. FESAK
        Assistant United States Attorney
        Civil Division
        150 Fayetteville Street, Suite 2100
        Raleigh, NC 27601
        Telephone: (919) 856-4530
        Facsimile: (919) 856-4821
        E-mail: matthew.fesak@usdoj.gov
        NC State Bar #35276
        Attorney for Plaintiff