IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22CR00118-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| GAY CAMERON TUCKER, | ) ) | **APPLICATION FOR WRIT** |
| Defendant, | ) ) ) | |
| v. | ) ) | |
| NC DEPARTMENT OF STATE TREASURER, | ) ) ) | |
| Garnishee. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina applies in accordance with 18 U.S.C. § 3613 and 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against Defendant, in the amount of $567,270.42. The last known address of Defendant is Alderson, WV, and the last four of the social security number are 3550. A balance of $567,270.42 remains outstanding.

Demand for payment of the above-stated debt was made upon Defendant not less than thirty (30) days from the date of this application; however, Defendant has failed to satisfy the debt.

Garnishee is believed to owe or will owe money or property to Defendant, or is in possession of property of Defendant, and that property is nonexempt property of Defendant. This includes, but is not limited to, any and all accounts upon which Defendant is a primary party or has signature authority and contains a positive cash value, not to exceed the outstanding balance of the debt.

The name and address of Garnishee or its authorized agent is:

NC Department of State Treasurer
Chief of Compliance
3200 Atlantic Avenue
Raleigh, NC 27604

Respectfully submitted, this 3rd day of April, 2023.

                              MICHAEL F. EASLEY, JR.
                              United States Attorney

BY:    /s/ Chelsea W. Draper
         Chelsea W. Draper
         Assistant United States Attorney
         150 Fayetteville Street
         Suite 2100
         Raleigh, NC 27601
         Telephone: (919) 856-4530
         Facsimile: (919) 856-4821
         Email: Chelsea.Draper@usdoj.gov
         Missouri Bar No. 64824

*Attorney for United States of America*