IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22CR00118-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GAY CAMERON TUCKER, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>NC DEPARTMENT OF STATE )<br>TREASURER, )<br>)<br>Garnishee. ) | WRIT OF CONTINUING<br>GARNISHMENT |

TO: NC Department of State Treasurer
　　Chief of Compliance
　　3200 Atlantic Avenue
　　Raleigh, NC 27604

　　An Application for a Writ of Continuing Garnishment has been filed with the Court in this matter. A judgment was entered against the defendant in the Eastern District of North Carolina in the amount of $567,270.42. A balance of $567,270.42 remains outstanding. The last known address of the defendant is Alderson, WV and the last four of the social security number are 3550. The United States of America is represented by Chelsea W. Draper at 150 Fayetteville Street, Suite 2100, Raleigh, NC 27601.

　　**YOU ARE REQUIRED BY LAW to begin withholding any property in which the defendant has a substantial nonexempt interest or for which you may become indebted to the defendant as of the date you were served with this Writ. As a result, you should withhold 25% of the defendant's earnings which remain after all deductions required by law have been withheld and/or 100% of any other monies owed to the defendant. This includes, but is not limited to, any and all accounts upon which Defendant is a primary party or has signature authority and contains a positive cash value, not to exceed the outstanding balance of the debt.**

**YOU ARE ALSO REQUIRED BY LAW to answer in writing, under oath, within ten (10) days from the date you were served with this Writ, whether or not you have in your custody, control, or possession any property owned by the defendant, including non-exempt, disposable earnings.**

An original completed "Answer of Garnishee" must be filed with the United States District Court Clerk within ten (10) days of the date you were served with this Writ, and a copy must be provided to the United States Attorney and the defendant. See "Instructions to Garnishee" for mailing instructions.

Pursuant to 15 U.S.C. § 1674, you, the Garnishee, are prohibited from discharging the defendant from employment by reason of the fact that his/her earnings have been subject to garnishment.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the defendant's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

Dated: _____

PETER A. MOORE, JR.
Clerk, U. S. District Court