UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22CR00118-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| GAY CAMERON TUCKER, | ) | |
| | ) | |
| Defendant. | ) | |

Please enter my name as an attorney of record on behalf of the Plaintiff in the above-captioned action. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted, this 12th day of July, 2023.

                MICHAEL F. EASLEY, JR.
                United States Attorney

                */s/ Benjamin J. Higgins*
                BENJAMIN J. HIGGINS
                Special Assistant United States Attorney
                150 Fayetteville Street, Suite 2100
                Raleigh, North Carolina 27601
                Telephone: (919) 856-4043
                Email: benjamin.higgins2@usdoj.gov
                Massachusetts Bar # 690969

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been served this 12th day of July, 2023, upon defendant either electronically and/or by placing a copy in the U.S. mail addressed as follows:

Gay Cameron Tucker #17650-056
FPC Alderson
Glen Ray Road, Box A
Alderson, WV 24910

                            MICHAEL F. EASLEY, JR.
                            United States Attorney

                            */s/ Benjamin J. Higgins*
                            BENJAMIN J. HIGGINS
                            Special Assistant United States Attorney
                            150 Fayetteville Street, Suite 2100
                            Raleigh, North Carolina 27601
                            Telephone: (919) 856-4043
                            Email: benjamin.higgins2@usdoj.gov
                            Massachusetts Bar # 690969